No. 11-6964. Katherine Schumann, Petitioner v. Debra Patrick, Warden.

565 U.S. 1120, 132 S. Ct. 1015, 181 L. Ed. 2d 751, 2012 U.S. LEXIS 392.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6967. Nancy Abston, Petitioner v. Kent Eichenberger, Warden.

565 U.S. 1120, 132 S. Ct. 1015, 181 L. Ed. 2d 751, 2012 U.S. LEXIS 377.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6973. Leonard Conner, Petitioner v. Harold Graham, Superintendent, Auburn Correctional Facility.

565 U.S. 1120, 132 S. Ct. 1015, 181 L. Ed. 2d 751, 2012 U.S. LEXIS 214.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 440 Fed. Appx. 29.

No. 11-6976. Redale Barbour, Petitioner v. Brock & Scott, PLLC, et al.

565 U.S. 1120, 132 S. Ct. 1015, 181 L. Ed. 2d 751, 2012 U.S. LEXIS 360.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of North Carolina denied.

Same case below, 365 N.C. 332, 717 S.E.2d 386.

No. 11-6977. Redale Barbour, Petitioner v. Wells Fargo Bank, N.A., et al.

565 U.S. 1120, 132 S. Ct. 1016, 181 L. Ed. 2d 751, 2012 U.S. LEXIS 220.

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of North Carolina denied.

No. 11-6982. Ronald Gottschalk, Petitioner v. State Bar of California.

565 U.S. 1120, 132 S. Ct. 1016, 181 L. Ed. 2d 751, 2012 U.S. LEXIS 394,

January 9, 2012. Petition for writ of certiorari to the Supreme Court of California denied.

No. 11-6986. Gary Wayne Hendricks, Petitioner v. Virginia.

565 U.S. 1120, 132 S. Ct. 1016, 181 L. Ed. 2d 751, 2012 U.S. LEXIS 186,

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 11-6999. Cedric B. Pickard, Petitioner v. Georgia.

565 U.S. 1120, 132 S. Ct. 1018, 181 L. Ed. 2d 751, 2012 U.S. LEXIS 262.

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of Georgia denied.